**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Neil R. BROWN, Defendant–Appellant.**

**No. 10–10187.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 15, 2010.*

Filed Feb. 22, 2011.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Phillip A. Talbert, Assistant U.S., US-SAC–Office of the U.S. Attorney, Sacramento, CA, for Plaintiff–Appellee.

Neil R. Brown, Red Bluff, CA, pro se.

Before: CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

MEMORANDUM **

Neil R. Brown appeals from the district court's order denying his request for early termination of supervised release pursuant to 18 U.S.C. § 3583(e). We have jurisdiction under 28 U.S.C. § 1291, and we dismiss.

Brown contends that the district court erred when it denied his request for early termination of supervised release. The valid and enforceable appeal waiver set forth in the plea agreement precludes our review of this issue. *See United States v. Bibler*, 495 F.3d 621, 623–24 (9th Cir.2007); *see also United States v. Cope*, 527 F.3d 944, 950 (9th Cir.2008) (length of term of supervised release is part of the sentence). We therefore enforce the waiver and dismiss the appeal.

**DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).